IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JEFFERY E. WILLIAMS, #184646** | § | **PETITIONER** |
| | § | |
| v. | § | Civil No. 1:16cv242-HSO-FKB |
| | § | |
| **MARSHALL FISHER** | § | **RESPONDENT** |

## FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [19] of United States Magistrate Judge F. Keith Ball, entered in this case on October 24, 2017. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [19], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust.

**SO ORDERED AND ADJUDGED**, this the 22nd day of November, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE